PER CURIAM.

(No. 73-CC-262—

MAURICE ELMORE, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed August 14, 1974.*

MAURICE ELMORE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.　